## Ernest D. BROWN, Appellant,

v.

## STATE of Missouri, Respondent.

### No. WD 37602.

Missouri Court of Appeals, Western District.

Sept. 16, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 4, 1986.

Application to Transfer Denied Dec. 16, 1986.

Sean O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from denial of relief on a 27.26 motion.

Judgment affirmed. Rule 30.25(b).

## STATE of Missouri, Respondent,

v.

## Gerald BUHROW, Appellant.

### No. WD 37739.

Missouri Court of Appeals, Western District.

Sept. 16, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 4, 1986.

Application to Transfer Denied Dec. 16, 1986.

Charles M. Shaw, of Shaw, Howlett & Schwartz, Clayton, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD, and GAITAN, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for leaving the scene of an accident, in violation of § 577.060, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).